B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

FILED-MAIL
2019 FEB -7 AM 11: 11
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

__Eastern__ District Of __Wisconsin__

In re __Stacy Annette Williams__   Case No. __18-20983-bhl__

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor

U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust

Address of Alleged Transferor:

C/O SN Servicing Corporation
323 5th Street
Eureka, CA 95501

Name of Transferee

U.S. Bank Trust National Association as Trustee of Cabana Series III Trust

Address of Transferee:

C/O SN Servicing Corporation
323 5th Street
Eureka, CA 95501

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                          _____
                                        **CLERK OF THE COURT**

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Wisconsin

In re Stacy Annette Williams,   Case No. 18-20983-bhl

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of Cabana Series III Trust | U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
C/O SN Servicing Corp.
323 5th Street
Eureka, CA 95501

Court Claim # (if known): 2
Amount of Claim: $69,450.80
Date Claim Filed: 02/28/18

Phone: 800-603-0836
Last Four Digits of Acct #: 4928

Phone: 1-800-603-0836
Last Four Digits of Acct. #: 4928

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Allison J. LeVaugh   Date: 1/30/19
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.